FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAKOTA EDWARD STEVENS, | No. 4:24-CV-05058-MKD |
| Petitioner, | ORDER DISMISSING PETITION |
| v. | |
| JEFFREY PERKINS, | |
| Respondent. | |

Petitioner Dakota Edward Stevens, a prisoner currently housed at the Coyote Ridge Corrections Center, filed a *pro se* Petition for Writ of Habeas Corpus by a State Prisoner pursuant to 28 U.S.C. § 2254. ECF No. 1. The $5.00 filing fee was paid on July 10, 2024. Respondent has not been served.

Petitioner challenges a Franklin County conviction for first degree child molestation, for which he was sentenced to 59.5 months incarceration. ECF No. 1 at 1. Petitioner does not specify the date of the judgment or sentence. *Id.* This is the second petition Petitioner has filed this year challenging the same unspecified

ORDER DISMISSING PETITION - 1

1  conviction and sentence, *see* 4:24-CV-05024-MKD, and he presents it on the same

2  form, with the notations, "NEW 9JUNE2024." ECF No. 1 at 1. Petitioner also

3  crosses out the formerly named Respondent to add his current custodian, Jeffrey

4  Perkins. *Id.*

5        Petitioner asserts that he was "charged under Bill of Attainder Statute RCW

6  9A.44.020(1)." *Id.* The Court has repeatedly advised Petitioner that his Bill of

7  Attainder argument, based on a state evidentiary statute, is frivolous. *See* 4:24-

8  CV-05024-MKD, ECF No. 4 at 5-6, ECF No. 9 at 6. The Court will not entertain

9  it further. In the absence of a cognizable habeas corpus claim, the Court dismisses

10 this action with prejudice.

11       Accordingly, **IT IS ORDERED**:

12     **1.**    This action is summarily **DISMISSED WITH PREJUDICE**

13 pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States

14 District Courts.

15     **2.**    The Court certifies that any appeal from this decision could not be

16 taken in good faith, and there is no basis upon which to issue a certificate of

17 appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of

18 appealability is therefore **DENIED**.

19 //

20 //

ORDER DISMISSING PETITION - 2

**IT IS SO ORDERED.** The Clerk's Office shall file this Order, **ENTER JUDMGENT**, provide copies to Petitioner, and **CLOSE** this file.

DATED July 15, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION - 3